UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BONNIE L. BROWN, | ) |
| Plaintiff, | ) 04 12710 NMG |
| v. | ) Civil Action No. _____ |
| ADELPHIA COMMUNICATIONS CORPORATION, | ) |
| Defendant. | ) |

RECEIPT # 60034
AMOUNT $ 150.00
SUMMONS ISSUED ___1___
LOCAL RULE 4.1 ___—___
WAIVER FORM ___—___
MCF ISSUED ___—___
BY DPTY. CLK. ___M.P___
DATE ___12/28/2004___

MAGISTRATE JUDGE ___JLA___

## COMPLAINT AND JURY CLAIM

1.  The Plaintiff, Bonnie L. Brown, resides at 38 Cleveland Street, Gloucester, Massachusetts 01930.

2.  The Defendant, Adelphia Communications Corporation, is a foreign corporation which has a principal place of business located at One North Main Street, Cloudersport, Pennsylvania 16915, which is licensed to transact business in the Commonwealth of Massachusetts, and which at all material times maintained a place of business at 38 Blackburn Circle, Gloucester, MA 01930.

3.  This Court has jurisdiction over this action under 28 U.S.C. §1331 and 1332.

4.  At all material times, the Plaintiff was employed by the Defendant to work in its location at 38 Blackburn Circle, Gloucester, MA 01930.

5.  During the course of her employment by the Defendant, the Plaintiff consistently met or exceeded all job requirements and conditions of employment.

6.  On September 27, 2003, the Plaintiff received personal injuries, when she was burned by a defective gas burner during activities unrelated to her employment.

7. As a result of her burns, the Plaintiff suffered disability and disfigurement, and she required medical treatment which required her to miss time from work.

8. In December, 2003, the Plaintiff informed certain officers and/or employees of the Defendant that she would require additional medical treatment for her burns.

9. On December 19, 2003, the certain officers and/or employees of the Defendant terminated the Plaintiff's employment on the asserted basis that the Plaintiff's had committed certain errors in her job performance.

10. The Defendant's termination of the Plaintiff was based upon the Defendant's perception that the Plaintiff's injuries substantially limited one or more of her major life activities, and the Defendant's proffered justification for its termination of the Plaintiff constituted false pretext.

Count 1 – 42 U.S.C. §12101, et seq.

11. The Defendant's termination of the Plaintiff's employment was based upon a disability, as defined by 42 U.S.C. §12102(2).

12. The Defendant's termination of the Plaintiff's employment constitutes discrimination against the Plaintiff in the compensation, terms, conditions and privileges of employment on the basis of handicap and/or disability, in violation of the Americans with Disabilities Act, 42 U.S.C. §12111.

13. The Plaintiff is a qualified individual who is capable of performing the essential functions of her job with or without reasonable accommodations.

Count 2 – Mass. Gen. Laws, Chapter 151B

14. The Defendant's termination of the Plaintiff's employment was based upon a handicap, as defined by Mass. Gen. Laws, c.151B, §1(17).

15. The Defendant's termination of the Plaintiff's employment constitutes discrimination against the Plaintiff in the compensation, terms, conditions and privileges of employment on the basis of handicap and/or disability, in violation of Massachusetts General Laws, c. 151B, §4(16).

16. The Plaintiff is a qualified individual who is capable of performing the essential functions of her job with or without reasonable accommodations.

17. As a result of the unlawful acts of the Defendant, as set forth in Counts 1 and 2 above, the Plaintiff has been deprived of her employment and livelihood, lost wages and suffered an impairment of earning capacity, suffered humiliation and anguish of mind, has incurred consequential and incidental damages and attorneys' fees, and has otherwise been injured.

18. The Plaintiff has exhausted all necessary administrative remedies and has satisfied all other conditions precedent to the maintaining of this action.

WHEREFORE, the Plaintiff demands judgment against the Defendant for her actual damages, exemplary damages, costs, attorney's fees, and other amounts recoverable by law.

## JURY CLAIM

In accordance with the provisions of Rule 38 of the Federal Rules of Civil Procedure, the Plaintiff hereby demands a trial by jury as to all issues raised by this action.

By Plaintiff's Attorney,

Eric P. Finamore, Mass. BBO 541872
Weston, Patrick, Willard & Redding
84 State Street
Boston, MA 02109
(617) 742-9310

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Bonnie Brown

### DEFENDANTS
Adelphia Communications Corporation

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Essex (MA)
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Potter (PA)
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Eric P. Finamore (617) 742-9310
Weston, Patrick, Willard + Redding
84 State St
Boston, MA 02109-2299

ATTORNEYS (IF KNOWN)
04 12710 NMG

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury — Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury — Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine / PERSONAL PROPERTY | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | LABOR | SOCIAL SECURITY | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [X] 442 Employment | HABEAS CORPUS: | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | FEDERAL TAX SUITS | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | | [ ] 535 Death Penalty | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 540 Mandamus & Other | | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights | [ ] 871 IRS — Third Party 26 USC 7609 | |
| | | [ ] 555 Prison Condition | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
42 U.S.C. §12101, 12102 - Employment Discrimination - Disability

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
[ ] UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] YES  [ ] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE: None    DOCKET NUMBER: ___

DATE: 12-21-04
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY

RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) _Bonnie Brown v. Adelphia Communications Corporation_

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   __ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   X II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   __ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   __ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   __ V. 150, 152, 153.

   04-12710 NMG

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   YES    (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   YES    (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   YES    NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   YES    (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
   (YES)    NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
   (EASTERN DIVISION)    CENTRAL DIVISION    WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
   (EASTERN DIVISION)    CENTRAL DIVISION    WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _Eric P. Finamore_
ADDRESS _84 State Street, Boston, MA 02109-2299_
TELEPHONE NO. _617 742-9310_

(Cover sheet local.wpd - 11/27/00)