UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BONNIE L. BROWN,
    Plaintiff,

v.

ADELPHIA COMMUNICATIONS, INC.,
    Defendant.

C.A. No. 04-12710-NMG

## NOTICE OF APPEARANCE

Please enter our appearance as counsel for the Defendant, Adelphia Communications Corporation, in this matter.

Respectfully submitted,

ADELPHIA COMMUNICATIONS
CORPORATION

By its attorneys,

/s/ Stephen T. Paterniti
Stephen T. Paterniti (BBO# 564860)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: February 7, 2005