UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BONNIE L. BROWN,
    Plaintiff,

v.

ADELPHIA COMMUNICATIONS, INC.,
    Defendant.

C.A. No. 04-12710-NMG

**CORPORATE DISCLOSURE STATEMENT**
**FEDERAL RULE 7.1**

In accordance with Fed. R. Civ. P. 7.1, the Defendant, Adelphia Communications Corporation, states that there is no parent corporation and no publicly held corporation that holds 10% or more of its stock.

    Respectfully submitted,

    ADELPHIA COMMUNICATIONS
    CORPORATION

    By its attorneys,

    /s/ Stephen T. Paterniti
    Stephen T. Paterniti (BBO# 564860)
    Jackson Lewis LLP
    75 Park Plaza
    Boston, MA 02116
    (617) 367-0025

Dated: February 7, 2005