UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BONNIE L. BROWN,
    Plaintiff,

v.

ADELPHIA COMMUNICATIONS, INC.,
    Defendant.

C.A. No. 04-12710-NMG

### ANSWER OF DEFENDANT ADELPHIA COMMUNICATIONS CORPORATION TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

Defendant, Adelphia Communications Corporation (hereinafter "Adelphia")[1], for its answer, states as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of Plaintiff's Complaint.

2. Admits the allegations in paragraph 2 of Plaintiff's Complaint.

3. Paragraph 3 of Plaintiff's Complaint states a conclusion of law to which no response is required.

4. Admits the allegations in paragraph 4 of Plaintiff's Complaint.

5. Denies the allegations in paragraph 5 of Plaintiff's Complaint.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of Plaintiff's Complaint, but admits that any injury Plaintiff sustained was unrelated to her employment at Adelphia.

---

[1] Defendant is improperly named in the complaint.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of Plaintiff's Complaint, except admits that Plaintiff missed work allegedly due to a burn injury.

8. Denies the allegations in paragraph 8 of Plaintiff's Complaint.

9. Admits that Plaintiff was terminated on or about December 19, 2003 due to job performance.

10. Denies the allegations in paragraph 10 of Plaintiff's Complaint.

### Count 1: 42 U.S.C. §12101, et seq.

11. Paragraph 11 states a conclusion of law to which no response is required. Due to the extent that a response is required, Adelphia denies the allegations in paragraph 11 of Plaintiff's Complaint.

12. Denies the allegations in paragraph 12 of Plaintiff's Complaint.

13. Paragraph 13 states a conclusion of law to which no response is required. Due to the extent that a response is required, Adelphia denies the allegations in paragraph 13 of Plaintiff's Complaint.

### Count 2: Mass. Gen. Laws, Chapter 151B

14. Paragraph 14 states a conclusion of law to which no response is required. Due to the extent that a response is required, Adelphia denies the allegations in paragraph 14 of Plaintiff's Complaint.

15. Denies the allegations in paragraph 15 of Plaintiff's Complaint.

16. Paragraph 16 states a conclusion of law to which no response is required. Due to the extent that a response is required, Adelphia denies the allegations in paragraph 16 of Plaintiff's Complaint.

17. Denies the allegations in paragraph 17 of Plaintiff's Complaint.

18. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claim for damages is barred, in whole or in part, by her failure to mitigate her damages.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims for damages are barred by the doctrine of waiver, laches, estoppel and/or unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

Every action taken by the Defendant with respect to the Plaintiff's employment was taken for a legitimate business purpose and was consistent with principles of law.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by her failure to timely file an administrative charge.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claim of discrimination is barred and/or recovery of damages is precluded because Plaintiff failed to take advantage of Defendant's preventative or corrective opportunities or otherwise to avoid harm.

WHEREFORE, Defendant prays that the Court:

1. Dismiss the Complaint in its entirety;

2. Enter judgment for Defendant on all counts;

3. Reward Defendant its costs; and

4. Grant such other relief as may be just and proper.

    Respectfully submitted,

    ADELPHIA COMMUNICATIONS
    CORPORATION

    By its attorneys,


    /s/ Stephen T. Paterniti
    Stephen T. Paterniti (BBO# 564860)
    Jackson Lewis LLP
    75 Park Plaza
    Boston, MA 02116
    (617) 367-0025

Dated: February 7, 2005