UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BONNIE L. BROWN,<br><br>           Plaintiff,<br><br>v.<br><br>ADELPHIA COMMUNICATIONS CORPORATION,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-12710-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

The parties hereby set forth their joint statement required by Local Rule 16.1, with reference to the subjects considered in Fed. R. Civ. P. 16(b) and 26(f).

    1.    <u>Automatic Disclosure Under Rule 26(a)</u>.    The parties propose that all automatic disclosures be completed no later than June 15, 2005.

    2.    <u>Subjects and Schedule for Discovery</u>.    The parties believe that discovery is necessary concerning: (a) the plaintiff's allegations that she was terminated from her employment because of her disability, and the defendant's assertion that she was terminated for legitimate business reasons, and (b) whether and to what extent the plaintiff suffered damages as a result of her termination.

The parties propose that discovery be conducted as follows:

| | |
|---|---|
| Non-expert discovery completed: | November 30, 2005 |
| Plaintiff's expert disclosures/reports completed: | November 30, 2005 |
| Defendant's expert disclosures/reports completed | December 30, 2005 |
| Expert discovery complete: | January 30, 2006 |

3. **Motions.** The parties propose that motions, as necessary, be filed and served as follows:

Motions to amend the pleadings served:    July 30, 2005

Dispositive motions served:    December 30, 2005

4. **Trial by Magistrate Judge.** The plaintiff consents to a trial by a Magistrate Judge of this Court. Defendant does not presently consent to a trial by a Magistrate Judge.

5. The parties certifications pursuant to Local Rule 16.1(D)(3) will be submitted under separate cover.

Defendant's Attorneys,

*/s/ Stephen T. Paterniti*
Stephen T. Paterniti, BBO 564860
Amanda S. Rosenfeld, BBO 654101
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Plaintiff's Attorneys,

*/s/ Eric P. Finamore*
Eric P. Finamore, BBO 541872
Weston, Patrick, Willard & Redding
84 State Street
Boston, MA 02109
(617) 742-9310