UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BONNIE L. BROWN,

          Plaintiff,

v.

ADELPHIA COMMUNICATIONS
CORPORATION,

          Defendant.

Civil Action No. 04-12710-NMG

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

The plaintiff hereby certifies that she had conferred with her counsel:

(a)    with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiff:

*[signature]*
Bonnie Brown

Plaintiff's Attorneys,

*[signature]*
Eric P. Finamore, BBO 541872
Weston, Patrick, Willard & Redding
84 State Street
Boston, MA 02109
(617) 742-9310