UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BONNIE L. BROWN,
    Plaintiff,

v.

ADELPHIA COMMUNICATIONS, INC.,
    Defendant.

C.A. No. 04-12710-NMG

### DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Defendant Adelphia Communications, Inc. and the undersigned counsel for Defendant, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

a.    with a view to establishing a budget for the cost of conducting the full course - and various alternative courses of this litigation; and

b.    to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

ADELPHIA COMMUNICATIONS
CORPORATION

By its attorneys,

/s/ Stephen T. Paterniti
Stephen T. Paterniti (BBO# 564860)
Amanda S. Rosenfeld (BBO# 654101)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Chuck Henson, Vice President – Law
Human Resources
Adelphia Communications Corporation

Dated: May 25, 2005