UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BONNIE L. BROWN,
        Plaintiff,

v.

ADELPHIA COMMUNICATIONS, INC.,
        Defendant.

C.A. No. 04-12710-NMG

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

The parties in the above-entitled action hereby jointly move that the Scheduling Order be amended to extend the deadline for discovery and all other scheduling order deadlines.[1] As grounds for this motion, the parties state as follows:

1. The parties have in good faith been working diligently to complete discovery. In particular, the parties have exchanged discovery requests and Plaintiff's deposition was noticed. The parties agreed to reschedule her deposition because she had not served discovery responses by the original date her deposition was noticed. Plaintiff has since produced discovery responses and Defendant is in the process of preparing its responses to Plaintiff's discovery requests. The parties are in the process of identifying agreeable dates for the scheduling of depositions.

2. The parties also anticipate taking depositions of treating physicians and possibly medical experts.

3. In addition, Defendant's counsel is unavailable until the second week of February, 2006 because of his busy trial and hearing schedule. Similarly, Plaintiff's counsel is unavailable through December, 2005.

4. As a result, an extension is required in light of counsels' unusually-demanding trial

---

[1] Plaintiff hereby withdraws Plaintiff's Motion to Extend Discovery Period, which was submitted to the Court on or about December 14, 2005, and joins Defendant in this Joint Motion to Extend Scheduling Order Deadlines.

and hearing schedules.

5. Accordingly, the parties request that the Scheduling Order deadlines for discovery and all subsequent events be extended as follows:

- All fact depositions by:                                    03/30/06
- All discovery, including expert discovery, completed:       03/30/06
- Dispositive motions filed by:                               04/28/06
- Responses to dispositive motions filed by:                  05/30/06
- Pretrial conference                                         to be determined by Court

**WHEREFORE,** the parties jointly and respectfully request that this motion be allowed.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| BONNIE BROWN<br>By her attorneys,<br>/s/ Eric P. Finamore<br>Eric P. Finamore, BBO # 541872<br>Weston, Patrick, Willard & Redding<br>84 State Street<br>Boston, MA 02109<br>(617) 742-9310 | ADELPHIA COMMUNICATION CORPORATION,<br>By its attorneys,<br>/s/ Stephen T. Paterniti<br>Stephen T. Paterniti, BBO #564860<br>Amanda S. Rosenfeld, BBO #654101<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

Dated: December 20, 2005