UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bonnie Brown,
       Plaintiff

v.                                      Civil Action No. 04-12710-NMG

Adelphia Communications Corp.,
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>GORTON, D.J.</u>

       The Court having been advised by counsel on 3/27/06 that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

                                                    By the Court,

                                                    /S/ Craig J. Nicewicz

3/27/06                                          _____
  Date                                            Craig J. Nicewicz
                                                    Courtroom Clerk